# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REGENERON PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 20-cv-10664-VB <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Jonathan Hurwitz moves this Court to withdraw as counsel for Regeneron Pharmaceuticals, Inc., in the above-captioned action and in compliance with Local Rule 1.4. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue representing Regeneron.

Dated:  New York, New York
January 16, 2025

*/s/ Jonathan Hurwitz*
Jonathan Hurwitz
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3254
jhurwitz@paulweiss.com

*Counsel for Defendant REGENERON PHARMACEUTICALS, INC.*

SO ORDERED:

_____

## Certificate of Service

I, Jonathan Hurwitz, hereby certify that on January 16, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.

January 16, 2025                                                  /s/ *Jonathan Hurwitz*
New York, New York                                            Jonathan Hurwitz